VALLE & ASSOCIATES
Jeffrey B. Valle  (Bar No. 110060)
   jvalle@valleassociates.com
Thomas P. Friedman (Bar No. 205407)
   tfriedman@valleassociates.com
11911 San Vicente Blvd., Suite 324
Los Angeles, California 90049
Telephone:  (310) 476-0300
Facsimile:   (310) 476-0333

Attorneys for Defendant
GREEN TREES & PLANTS II, LLC

FARELLA BRAUN & MARTEL LLP
Robert L. Hines (Bar No. 123936)
   rhines@fbm.com
Karen P. Kimmey (Bar No. 173284)
   kkimmey@fbm.com
Racheal Turner (Bar No. 226441)
   rturner@fbm.com
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone:  (415) 954-4400
Facsimile:   (415) 954-4480

Attorneys for Plaintiff
ALZCHEM TROSTBERG GMBH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ALZCHEM TROSTBERG GMBH, a German Corporation<br><br>Plaintiff,<br><br>vs.<br><br>GREEN TREES & PLANTS II, LLC, a Georgia limited liability company<br><br>Defendant. | **Case No. 1:08-cv-01957-LJO-SMS**<br>**Hon. Lawrence J. O'Neill**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT;**<br><br>**ORDER** |

Stipulation Extending Time to Respond to Complaint

1  WHEREAS, Defendant Green Trees & Plants II, LLC ("Green Trees" or "Defendant") was
2  served with the Complaint for Damages, Restitution, and Injunctive Relief, Case No. CV08-01957-
3  LJO-SMS (the "Complaint") filed by Plaintiff AlzChem Trostberg GmbH ("Plaintiff") on    De-
4  cember 24, 2008;

5  WHEREAS, the deadline for Green Trees to respond to the Complaint was originally
6  January 13, 2009;

7  WHEREAS, on January 12, 2009, Plaintiff and Defendant (the "Parties") filed a Stipulation
8  agreeing to a 20 day extension, to February 2, 2009, for Green Trees to file an answer or other re-
9  sponse to the Complaint;

10  WHEREAS, the Parties are engaged in meaningful settlement discussions, desire to continue
11  those discussions, and seek to preserve the time and resources of the Court;

12  IT IS HEREBY STIPULATED by and between the parties, through their undersigned coun-
13  sel of record, and subject to the Court's approval, that Green Trees shall be given an additional 21
14  days to answer or otherwise respond to the Complaint; Green Trees will file an answer or other re-
15  sponse to the Complaint on or before February 23, 2009.

17  DATED:  January 29, 2009        VALLE & ASSOCIATES

18                                  By:   /s/Thaoms Friedman
                                          Thomas P. Friedman
19                                        Attorneys for Defendant
20                                        **GREEN TREES & PLANTS II, LLC**

21  DATED:  January 29, 2009        FARELLA BRAUN & MARTEL LLP

22                                  By:   /s/ Racheal Turner
23                                        Racheal Turner
                                          Attorneys for Plaintiff
24                                        **ALZCHEM TROSTBERG GMBH**

25  **IT IS SO ORDERED**:

26  Date  2/3/2009                   /s/ Sandra M. Snyder
27                                   U.S. Magistrate Judge

28

1

Stipulation Extending Time to Respond to Complaint

PDF created with pdfFactory trial version www.pdffactory.com