VALLE & ASSOCIATES
Jeffrey B. Valle  (Bar No. 110060)
    jvalle@valleassociates.com
Thomas P. Friedman (Bar No. 205407)
    tfriedman@valleassociates.com
11911 San Vicente Blvd., Suite 324
Los Angeles, California 90049
Telephone:  (310) 476-0300
Facsimile:    (310) 476-0333

Attorneys for Defendant
GREEN TREES & PLANTS II, LLC

FARELLA BRAUN & MARTEL LLP
Robert L. Hines (Bar No. 123936)
    rhines@fbm.com
Karen P. Kimmey (Bar No. 173284)
    kkimmey@fbm.com
Racheal Turner (Bar No. 226441)
    rturner@fbm.com
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone:  (415) 954-4400
Facsimile:    (415) 954-4480

Attorneys for Plaintiff
ALZCHEM TROSTBERG GMBH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ALZCHEM TROSTBERG GMBH, a German Corporation<br><br>Plaintiff,<br><br>vs.<br><br>GREEN TREES & PLANTS II, LLC, a Georgia limited liability company<br><br>Defendant. | **Case No. 1:08-cv-01957-LJO-SMS**<br>**Hon. Lawrence J. O'Neill**<br>*Assigned to Hon. Sandra M. Snyder*<br>*For Non-Dispositive Issues*<br><br>**STIPULATION AND  ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE     RULE 26(f) SCHEDULING CONFERENCE** |

WHEREAS, Defendant Green Trees & Plants II, LLC ("Green Trees" or "Defendant") was served with the Complaint for Damages, Restitution, and Injunctive Relief, Case No. CV08-01957-LJO-SMS (the "Complaint") filed by Plaintiff AlzChem Trostberg GmbH ("Plaintiff") on December 24, 2008;

WHEREAS, the deadline for Green Trees to respond to the Complaint was originally January 13, 2009;

WHEREAS, on January 12, 2009, Plaintiff and Defendant (the "Parties") filed a Stipulation agreeing to a 20 day extension for Green Trees to file an answer or other response to the Complaint, and, on February 12, 2009, filed a second Stipulation, approved by this Court, permitting Green Trees to file an answer or other response to the Complaint on or before February 23, 2009;

WHEREAS, settlement discussions have progressed significantly, the Parties expect to resolve this matter via settlement and seek to preserve the time and resources of the Court;

WHEERAS, this Court has set a Rule 26(f) Scheduling Conference for March 25, 2009 at 9:00 a.m.;

WHEREAS, the Scheduling Conference triggers the Parties duty to hold a Rule 26 Conference of Counsel by March 4, 2009, exchange Initial Disclosures and develop a Discovery Plan by March 18, 2009, and submit a Joint Scheduling Report by March 18, 2009;

WHERAS, in light of the Parties settlement discussions, the Parties request a 30-day continuance of the Rule 26(f) Scheduling Conference set for March 25, 2009, and the foregoing related dates, in a further effort to preserve the resources of the Parties and the Court – no prior extensions have been sought by either party with respect to these dates;

IT IS HEREBY STIPULATED by and between the Parties, through their undersigned counsel of record, and subject to the Court's approval, that:

1. Green Trees shall be given an additional 21 days to answer or otherwise respond to the Complaint; Green Trees will file an answer or other response to the Complaint on or before March 16, 2009;
2. The Rule 26(f) Scheduling Conference is continued by 30 days to April 24, 2009 at 9:00 a.m.
   a. The Parties shall hold a Rule 26 Conference of Counsel on or before April 3, 2009;

PDF created with pdfFactory trial version www.pdffactory.com

    b. The Parties shall exchange Initial Disclosures and develop a Discovery Plan on or before April 17, 2009; and

    c. The Parties shall file the Joint Scheduling Report on or before April 17, 2009.

3. All other deadlines not specifically referenced herein, and all other terms of the Court's Order setting the Rule 26(f) Scheduling Conference, remain unchanged.

DATED: February 20, 2009        VALLE & ASSOCIATES

                                        By: /s/ Thomas Friedman
                                        Thomas P. Friedman
                                        Attorneys for Defendant
                                        **GREEN TREES & PLANTS II, LLC**

DATED: February 20, 2009        FARELLA BRAUN & MARTEL LLP

                                        By: /s/ Robert L. Hines
                                        Robert L. Hines
                                        Attorneys for Plaintiff
                                        **ALZCHEM TROSTBERG GMBH**

**IT IS SO ORDERED**:

The TELEPHONIC Scheduling Conference is continued from Wednesday, March 25, 2009 to Monday, April 27, 2009 (not April 24 as stated above) at 10:30a.m. before Judge Snyder.

A) **A JOINT Scheduling Conference Report carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF, in full compliance with the requirements set forth in,** ORDER SETTING MANDATORY SCHEDULING CONFERENCE **Exhibit "A",** <u>one (1) full week prior to the Scheduling Conference, and shall be e-mailed, in WordPerfect or Word format, to smsorders@caed.uscourts.gov</u>.

*////*

PDF created with pdfFactory trial version www.pdffactory.com

**B) plaintiff's counsel shall make arrangements for a conference call with the AT&T operator (if counsel does not have conference call capabilities on their telephone systems), and shall initiate the call at the above-designated time.** *After all parties are on the line, the call should then be placed to Judge Snyder's chambers at (559)499-5690.*

Date:  2/20/2009            /s/ Sandra M. Snyder
                            Hon. Sandra M. Snyder, U.S. Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com