VALLE & ASSOCIATES
Jeffrey B. Valle  (Bar No. 110060)
   jvalle@valleassociates.com
Thomas P. Friedman (Bar No. 205407)
   tfriedman@valleassociates.com
11911 San Vicente Blvd., Suite 324
Los Angeles, California 90049
Telephone: (310) 476-0300
Facsimile:   (310) 476-0333

Attorneys for Defendant
GREEN TREES & PLANTS II, LLC

FARELLA BRAUN & MARTEL LLP
Robert L. Hines (Bar No. 123936)
   rhines@fbm.com
Karen P. Kimmey (Bar No. 173284)
   kkimmey@fbm.com
Racheal Turner (Bar No. 226441)
   rturner@fbm.com
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile:   (415) 954-4480

Attorneys for Plaintiff
ALZCHEM TROSTBERG GMBH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ALZCHEM TROSTBERG GMBH, a German Corporation<br><br>Plaintiff,<br><br>vs.<br><br>GREEN TREES & PLANTS II, LLC, a Georgia limited liability company<br><br>Defendant. | **Case No. 1:08-cv-01957-LJO-SMS**<br>**Hon. Lawrence J. O'Neill**<br>*Assigned to Hon. Sandra M. Snyder*<br>*For Non-Dispositive Issues*<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Defendant Green Trees & Plants II, LLC ("Green Trees" or "Defendant") was served with the Complaint for Damages, Restitution, and Injunctive Relief, Case No. CV08-01957-LJO-SMS (the "Complaint") filed by Plaintiff AlzChem Trostberg GmbH ("Plaintiff") on December 24, 2008;

WHEREAS, the deadline for Green Trees to respond to the Complaint was originally January 13, 2009; on January 12, 2009, Plaintiff and Defendant (the "Parties") filed a Stipulation agreeing to a 20 day extension for Green Trees to file an Answer or other Response to the Complaint, and, on February 12, 2009, filed a second Stipulation, approved by this Court, permitting Green Trees to file an Answer or other Response to the Complaint on or before February 23, 2009;

WHEREAS, on February 20, 2009, the Parties filed an additional Stipulation, approved by this Court, continuing the Rule 26(f) Scheduling Conference set for March 25, 2009 to April 27, 2009, and providing an additional 30 days, to March 16, 2009, for Green Trees to Answer or otherwise Respond to the Complaint;

WHEREAS, settlement discussions have continued to progress, the Parties hope to resolve this matter via settlement, and desire to preserve the time and resources of the Court;

WHEREAS, Defendant seeks, and Plaintiff has agreed to provide, an additional 17 days, from March 16, 2009 to April 2, 2009, for Green Trees to Answer or otherwise Respond to the Complaint;

WHEREAS, *the requested extension will not delay the Rule 26(f) Scheduling Conference set for April 27, 2009, or any dates related thereto,* and will permit the Parties to continue their settlement discussions;

///
///
///
///
///
///
///

1

Stipulation Extending Time to Respond to Complaint

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the Parties, through their undersigned counsel of record, and subject to the Court's approval, that:

1. Green Trees shall be given an additional 17 days to Answer or otherwise Respond to the Complaint; Green Trees will file an answer or other response to the Complaint on or before April 2, 2009;

2. The Telephonic Scheduling Conference set for Monday, April 27, 2009 at 10:30 a.m. before this Court, and all other dates and procedures relating thereto remain unchanged.

DATED: March 12, 2009          VALLE & ASSOCIATES

                               By:   /s/ Thomas Friedman
                                   Thomas P. Friedman
                                   Attorneys for Defendant
                                   **GREEN TREES & PLANTS II, LLC**

DATED: March 12, 2009          FARELLA BRAUN & MARTEL LLP

                               By:   /s/ Racheal Turner
                                   Racheal Turner
                                   Attorneys for Plaintiff
                                   **ALZCHEM TROSTBERG GMBH**

**IT IS SO ORDERED**:

Date:  3/13/2009            /s/ Sandra M. Snyder
                            Hon. Sandra M. Snyder, U.S. Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com