VALLE & ASSOCIATES
Jeffrey B. Valle (Bar No. 110060)
　jvalle@valleassociates.com
Thomas P. Friedman (Bar No. 205407)
　tfriedman@valleassociates.com
11911 San Vicente Blvd., Suite 324
Los Angeles, California 90049
Telephone: (310) 476-0300
Facsimile:　(310) 476-0333

Attorneys for Defendant
GREEN TREES & PLANTS II, LLC

FARELLA BRAUN & MARTEL LLP
Robert L. Hines (Bar No. 123936)
　rhines@fbm.com
Karen P. Kimmey (Bar No. 173284)
　kkimmey@fbm.com
Racheal Turner (Bar No. 226441)
　rturner@fbm.com
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile:　(415) 954-4480

Attorneys for Plaintiff
ALZCHEM TROSTBERG GMBH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ALZCHEM TROSTBERG GMBH, a German Corporation,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>GREEN TREES & PLANTS II, LLC, a Georgia limited liability company<br><br>　　　Defendant. | Case No. 1:08-cv-01957-LJO-SMS<br>Hon. Lawrence J. O'Neill<br>*Assigned to Hon. Sandra M. Snyder*<br>*For Non-Dispositive Issues*<br><br>**JOINT STIPULATION AND ORDER FOR 45 DAY STAY OF ACTION** |

WHEREAS, Defendant Green Trees & Plants II, LLC ("Green Trees" or "Defendant") was served with the Complaint for Damages, Restitution, and Injunctive Relief, Case No. CV08-01957-LJO-SMS (the "Complaint") filed by Plaintiff AlzChem Trostberg GmbH ("Plaintiff") on December 24, 2008 (the "Action"), and the deadline for Green Trees to respond to the Complaint was originally January 13, 2009;

WHEREAS, Plaintiff and Defendant (the "Parties") submit this Joint Stipulation seeking a 45-day Stay of this Action;

WHEREAS, the Parties have been engaged in meaningful settlement discussions from the outset of this Action;

WHEREAS, in light of the Parties' settlement discussions, the following Stipulations have been filed:

- On January 12, 2009, the Parties filed a Stipulation agreeing to a 20 day extension for Green Trees to file an Answer or other Response to the Complaint;
- On February 12, 2009, the Parties filed a second Stipulation, approved by this Court, permitting Green Trees to file an Answer or other Response to the Complaint on or before February 23, 2009;
- On February 20, 2009, the Parties filed an additional Stipulation, approved by this Court, continuing the Rule 26(f) Scheduling Conference set for March 25, 2009 to April 27, 2009, and providing an additional 30 days, to March 16, 2009, for Green Trees to Answer or otherwise Respond to the Complaint;
- On March 12, 2009, the Parties submitted an additional stipulation, approved by this Court, providing Green Trees an additional 17 days, to April 2, 2009, to Answer or otherwise Respond to the Complaint;

WHEREAS, settlement discussions have continued to progress, and based on the progress of those discussions, the Parties expect to resolve this matter via settlement, and desire to preserve the time and resources of the Court;

WHEREAS, the Parties request that this Court grant a 45-day stay of this Action to permit the Parties to focus their energy and attention on settlement;

Stipulation And Proposed Order For 45 Day Stay Of Action

WHEREAS, absent the Court's approval of this Stipulation, the Rule 26(f) Scheduling Conference currently set for April 27, 2009, will trigger the Parties' obligation to (i) hold a Rule 26 Conference of Counsel on or before April 3, 2009; (ii) exchange Initial Disclosures and develop a Discovery Plan on or before April 17, 2009; and (iii) file the Joint Scheduling Report on or before April 17, 2009; moreover, Defendant is currently required to Answer or Respond by April 2, 2009;

IT IS HEREBY STIPULATED by and between the Parties, through their undersigned counsel of record, pursuant to, *inter alia*, Local Rule 6-144 and Local Rule 72-302(c)(13), without prejudice to either Parties' rights or claims, and subject to the Court's approval, that:

1. This Action, *AlzChem Trostberg GmbH v Green Trees & Plants II, LLC*, Case No. CV08-01957- LJO-SMS, is stayed for all purposes for 45 days, from March 31, 2009, up to and including, May 15, 2009;
2. The Telephonic Scheduling Conference set for Monday, April 27, 2009 at 10:30 a.m. is hereby continued to Monday, June 8, 2009 at 10:30 a.m..
3. All Orders, dates, procedures and rules, including, without limitation, Fed. R. Civ. Proc. 16 and 26, triggered by the June 8, 2009 Scheduling Conference remain unchanged in all other respects.

DATED: March 31, 2009　　　　　　　　VALLE & ASSOCIATES

　　　　　　　　　　　　　　　　　　By:　/s/ Thomas P. Friedman
　　　　　　　　　　　　　　　　　　　　Thomas P. Friedman
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　**GREEN TREES & PLANTS II, LLC**

DATED: March 31, 2009　　　　　　　　FARELLA BRAUN & MARTEL LLP

　　　　　　　　　　　　　　　　　　By:　/s/ Robert L. Hines
　　　　　　　　　　　　　　　　　　　　Robert L. Hines
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　**ALZCHEM TROSTBERG GMBH**

**IT IS SO ORDERED**:

Date: April 1, 2009　　　　　　　　/s/ Lawrence J. O'Neill_
　　　　　　　　　　　　　　　　　Hon. Lawrence J. O'Neill, U.S. District Judge