Robert L. Hines (State Bar No. 123936)
    rhines@fbm.com
Karen P. Kimmey (State Bar No. 173284)
    kkimmey@fbm.com
Racheal Turner (State Bar No. 226441)
    rturner@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
ALZCHEM TROSTBERG GMBH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ALZCHEM TROSTBERG GMBH, a German corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>GREEN TREES & PLANTS II, LLC, a Georgia limited liability company,<br><br>    Defendant. | Case No. 1:08-cv-01957-LJO-SMS<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH <u>PREJUDICE (FRCP 41(a)(1))</u>** |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. & [PROPOSED] ORDER FOR DISMISSAL
Case No. 1:08-cv-01957-LJO-SMS

23988\1996505.1

## **STIPULATION**

The Parties hereby stipulate and agree, through their respective counsel of record, that the above-captioned action should be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

DATED: July 17, 2009                FARELLA BRAUN & MARTEL LLP

By: :   /s/ Racheal Turner
            Racheal Turner

Attorneys for Plaintiff
ALZCHEM TROSTBERG GMBH

DATED: July 17, 2009                VALLE & ASSOCIATES

By: :   /s/ Thomas P. Friedman
            Thomas P. Friedman
(signature as authorized on July 17, 2009)

Attorneys for Defendant
GREEN TREES & PLANTS II, LLC

## **ORDER**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the matter of *AlzChem Trostberg GmbH v. Green Trees & Plants II, LLC*, Case No. 1:08-cv-01957-LJO-SMS, is hereby dismissed with prejudice.  The clerk is directed to close this action in its entirety.

**IT IS SO ORDERED.**

DATED:_July 20, 2009

/s/ Lawrence J. O'Neill
Hon. Lawrence J. O'Neill
U.S. District Court Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. & [PROPOSED] ORDER FOR DISMISSAL
Case No. 1:08-cv-01957-LJO-SMS        - 1 -                         23988\1996505.1